**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSIE ADAMS, | Case No.  1:26-cv-0439 KES FRS (SKO) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| SERGIO JIMENEZ, | |
| Defendant. | (Doc. 5) |

Plaintiff "Jessie Adams" initiated this action by filing a complaint and motion to proceed in forma pauperis on January 20, 2026.  Doc. 1.  The magistrate judge screened the complaint pursuant to 28 U.S.C. § 1915(e)(2).  Doc. 5.  The magistrate judge observed: "Plaintiff does not set forth any facts supporting her claim, and public court records show that Plaintiff has filed her one-page complaint devoid of any factual allegations against the same defendant in several dozen other federal lawsuits [within the same] week." *Id.* at 4.  The magistrate judge noted several district courts determined this "string of cases … appear intended to harass rather than initiate legitimate litigation and do not include valid return addresses for future filings." *Id.* at 5.  The magistrate judge found the complaint was "indisputably meritless" and recommended the action be dismissed as frivolous. *Id.*

The court served the findings and recommendations on Plaintiff at the only address on record and advised her that any objections were due within 21 days.  Doc. 5 at 5.  As in the other

1

actions, the U.S. Postal Service returned the court's mail as undeliverable. Nevertheless, service is deemed fully effective pursuant to Local Rule 182(f). No objections were filed, and the time to do so expired.

Pursuant to 28 U.S.C. § 636(b)(1), this court performed a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the court **ORDERS**:

1. The findings and recommendations issued on January 28, 2026 (Doc. 5) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice.

3. The Clerk of Court is directed to assign a magistrate judge for purposes of closing the matter, and to close this case.

IT IS SO ORDERED.

Dated:   February 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2